```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 17405
    ELIZABETH FELICIANO LOPEZ
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER
         Debtor
    SSN XXX-XX-9722

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/24/2007 and was confirmed 11/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/03/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
TOYOTA MOTOR CREDIT CORP SECURED VEHIC   14054.32         856.77        1171.63
TOYOTA MOTOR CREDIT CORP UNSECURED       NOT FILED           .00            .00
CACH LLC                 UNSECURED       NOT FILED           .00            .00
CITIFINANCIAL            UNSECURED       NOT FILED           .00            .00
CITIFINANCIAL            UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED          661.16           .00            .00
ISLAND ONE INC           UNSECURED             .00           .00            .00
PROFESSIONAL ACCOUNT MGM UNSECURED       NOT FILED           .00            .00
RALPH LOPEZ              NOTICE ONLY     NOT FILED           .00            .00
SELECT PORTFOLIO SERVICE NOTICE ONLY     NOT FILED           .00            .00
SELECT PORTFOLIO SERVICI CURRENT MORTG         .00           .00            .00
SELECT PORTFOLIO SERVICI SECURED NOT I         .00           .00            .00
B-REAL LLC               UNSECURED          146.00           .00            .00
ERNESTO D BORGES JR      DEBTOR ATTY     2,774.00                           .00
TOM VAUGHN               TRUSTEE                                         161.60
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  2,190.00

PRIORITY                                          .00
SECURED                                      1,171.63
    INTEREST                                   856.77
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           161.60
DEBTOR REFUND                                     .00
                         ---------------      ---------------
TOTALS                   2,190.00            2,190.00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 17405 ELIZABETH FELICIANO LOPEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 17405 ELIZABETH FELICIANO LOPEZ